[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 1216.]

THE STATE OF OHIO, APPELLANT, *v*. POSEY, APPELLEE.

[Cite as *State v. Posey*, 2000-Ohio-132.]

*Appeal dismissed as improvidently allowed.*

(No. 99-1581—Submitted May 9, 2000—Decided June 21, 2000.)

APPEAL from the Court of Appeals for Summit County, No. 19266.

———————————

*Joseph W. Diemert, Jr.*, Director of Law, and *Frederick W. Andreas*, Assistant Director of Law, for appellant.

*Richard P. Martin Co., L.P.A.*, and *David C. Perduk*, for appellee.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., dissents.

———————————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} This case presents issues that warrant merit review. I would not dismiss it as improvidently allowed.

———————————